JOHN L. BURRIS, Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
LATEEF H. GRAY, Esq., SBN 250055
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
bnisenbaum@hotmail.com
lateef.gray@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHILLIPS, individually and as a co-successor-in-interest to Decedent DESMOND PHILLIPS; DELPHINE NORMAN, individually and as a co-successor-in-interest to Decedent DESMOND PHILLIPS; CHADRICK INGRAM, individually; K.T. by and through his Guardian Ad Litem LATISHA WILLIAMS, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF CHICO, a municipal corporation; JEREMY GAGNEBIN, individually and in his capacity as an officer for the Chico Police Department; ALEX FLIEHR, individually and in his capacity as an officer for the Chico Police Department; JARED CUMBER, individually and in his capacity as an officer for the Chico Police Department; and DOES 1-50, inclusive, individually and in their official capacities as police officers for the CITY OF CHICO Police Department, <br><br> Defendants. | CASE NO.: 2:18-cv-00153-JAM-DMC <br><br> **DECLARATION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** <br><br> Date: July 30, 2019 <br> Time: 1:30 p.m. <br> Ctrm: 6 <br><br> Honorable John A. Mendez |

I, Benjamin Nisenbaum, hereby declare:

1. I am one of the attorneys of record for the Plaintiffs. This declaration is submitted in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment in the above captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts of the deposition of Defendant Jeremy Gagnebin, pertaining to this matter.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of the deposition of Defendant Jared Cumber, pertaining to this matter.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts of the deposition of Defendant Alex Fliehr, pertaining to this matter.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts of the deposition of Sergeant Michael Williams, pertaining to this matter.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts of the deposition of Sergeant Todd Lefkowitz, pertaining to this matter.

7. Attached hereto as Exhibit F is a true and correct copy of DOJ 22-(description and photos of "the object"), pertaining to this matter.

8. Attached hereto as Exhibit G is a true and correct copy of Defendant Jared Cumber's Officer Involved Shooting ("OIS") video statement, pertaining to this matter.

9. Attached hereto as Exhibit H is the Rule 26 expert report plaintiffs' Police Practices expert, Roger Clark, pertaining to this matter.

10. Attached hereto as Exhibit F is a true and correct copy of excerpts of the deposition of Plaintiff David Phillips, pertaining to this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed July 16, 2019 at Oakland, California.

/s/ Benjamin Nisenbaum
Benjamin Nisenbaum
Attorney for Plaintiffs