## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**DAVID PHILLIPS, ET AL.,**

CASE NO: **2:18–CV–00153–JAM–DMC**

v.

**CITY OF CHICO, ET AL.,**

_____

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/30/2019**

**Marianne Matherly**
Clerk of Court

ENTERED: **July 30, 2019**

by: /s/ G. Michel
Deputy Clerk